■ Tribeca Lending Corporation, Respondent, v Gregory M. Bartlett, Appellant, et al., Defendants. [65 NYS3d 445]—

Order, Supreme Court, New York County (Shlomo Hagler, J.), entered November 1, 2016, which denied defendant Gregory Bartlett's motion to vacate a judgment of foreclosure and sale, unanimously affirmed, without costs.

Defendant may not relitigate issues resolved in prior appeals in this case (see 121 AD3d 613 [1st Dept 2014]; 103 AD3d 516 [1st Dept 2013]; 84 AD3d 496 [1st Dept 2011]). Nor may he raise new arguments in this appeal, because he had a full and

fair opportunity to raise them in the prior appeals, and he has made no showing of subsequent evidence or a change of law (*see Delgado v City of New York*, 144 AD3d 46, 51 [1st Dept 2016]; *see also East N.Y. Sav. Bank v Sun Beam Enters.*, 248 AD2d 245, 246 [1st Dept 1998]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Gische, J.P., Webber, Oing, Singh and Moulton, JJ.